COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| In the Matter of the Estate of Travis B. Kirchner, Deceased, | § | No. 08-18-00106-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2010-CPR01539) |
| | § | |

## O R D E R

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 28, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Jason P. Mestas, Court Reporter for the Probate Court No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before February 28, 2019.

IT IS SO ORDERED this 25th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.